**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TEEL STYLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-37-STE |
| | ) | |
| LELAND DUDEK,[1] | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff has filed this action for judicial review of a final administrative decision of the Social Security Administration.  On January 22, 2025, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation recommending that Defendant's Unopposed Motion to Transfer Because of Improper Venue be granted and that this action be transferred to the Northern District of Texas.  Plaintiff was advised of her right to object to the Report and Recommendation by February 13, 2025.  On February 26, 2025, Plaintiff filed a response, noting that she agreed to the transfer of this case to the Northern District of Texas.

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 5] and TRANSFERS this case to the United States District Court for the Northern District of Texas.

IT IS SO ORDERED this 4th day of March, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 19, 2025. Pursuant to Federal Rule of Civil Procedure 25(d), Leland Dudek is substituted for Carolyn Colvin as the defendant in this case.